IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

    Plaintiff,

v.                                    Case No.: 2:22-cv-02305

NORTH GERMANTOWN PARKWAY
1375 CENTER, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, JEREMY GREY, hereby gives notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing the approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 27th day of April, 2023.

                                              RESPECTFULLY SUBMITTED,

                                              *s/ Davis A. Stephenson*
                                              Davis A. Stephenson #039015
                                              WAMPLER, CARROLL, WILSON
                                              AND SANDERSON, P.L.L.C.
                                              208 Adams Avenue
                                              Memphis, Tennessee 38103
                                              (901) 523-1844 – phone
                                              (901) 523-1857 – fax
                                              alex@wcwslaw.com
                                              ***Attorney for Plaintiff***

Case 2:22-cv-02305-JTF-cgc    Document 22    Filed 04/27/23    Page 2 of 2    PageID 63

2