# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **v.** ) | Case No: 2:22-cv-2305-JTF-cgc |
| ) | |
| **NORTH GERMANTOWN PARKWAY,** ) | |
| **1375 CENTER, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the plaintiff's Stipulation of Dismissal filed on May 25, 2023. (ECF No. 23.) The notice provides that the case has settled and that the parties stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid. Accordingly, this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this 31st day of May, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE